Eastern District of North Carolina Wilmington Division

IN RE

ALISA D COPELAND
2565 BELL WILLIAMS ROAD

1604735
J ALLEN MURPHY
GILLESPIE & MURPHY PA
P O DRAWER 888
NEW BERN, NC 28563

BURGAW, NC 28425
SSN or Tax I.D. XXX-XX-9056

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court-A      U.S.

MOTION TO DISMISS

The undersigned Chapter 13 Trustee moves the Court to dismiss the above case because of the failure of the debtor(s) to comply with the Plan, and

The debtor(s) are delinquent in the amount of  $2,811.00  which is  2.46 payments as of the below date.

The debtor(s) is (are) hereby notified that if a written response is not filed by the debtor(s) with the Trustee setting out reasons for the delinquency, the proposed method for bringing the Plan to a current status and a request for hearing within twenty-one (21) days of the date of this motion, then the case may be dismissed.

DATED:  January 21, 2019      /S/ Joseph A. Bledsoe, III

Joseph A. Bledsoe, III
Chapter 13 Trustee

0015

# CERTIFICATE OF MAILING

| | | | |
|---|---|---|---|
| CASE: 1604735 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 01-18-2019.01163828.BLB004 | | DATED: 01/21/2019 | |

Court                    Served Electronically

| | | |
|---|---|---|
| Trustee | Joseph A. Bledsoe, III | P.O. Box 1618 |
| | | New Bern, NC 28563 |
| Debtor | ALISA D COPELAND | 2565 BELL WILLIAMS ROAD |
| | | BURGAW, NC 28425 |
| 799      000077 | J ALLEN MURPHY | GILLESPIE & MURPHY PA |
| | P O DRAWER 888 | NEW BERN, NC 28563 |

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  01/21/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    01/21/2019   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail