VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Alisa D Copeland
2565 Bell Williams Road
Burgaw, NC 28425

CASE NO.: 16–04735–5–SWH

DATE FILED: September 9, 2016

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Alisa D Copeland has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Alisa D Copeland file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Alisa D Copeland and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: April 17, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge